IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3009 |
| | ) | |
| v. | ) | |
| | ) | |
| TODD L. PARDE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED,

A hearing on defendant's competency to stand trial is set for May 18, 2005 at 1:00 p.m.

Dated April 21, 2005.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge