IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05 CR 3009 |
| | ) | |
| v. | ) | |
| | ) | |
| TODD LEE PARDE | ) | |
| | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

    Defendant has moved for release on a furlough to attend the funeral of an uncle.  Upon consideration of the matter and review of the defendants records in this court,

    IT HEREBY IS ORDERED:  The motion, filing 11, is denied.

DATED May 11, 2005

BY THE COURT:

s/ *David L. Piester*
United States Magistrate Judge