IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3009 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| TODD L. PARDE, | ) | |
| | ) | |
| Defendant. | ) | |

On the government's oral motion, and with the agreement of the defendant,

IT IS ORDERED that the hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 52) has been reset before the undersigned United States district judge to Wednesday, February 7, 2007, at 12:45 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The United States Marshal is directed to return the defendant to the district for the hearing.

February 6, 2007.        BY THE COURT:

                s/ *Richard G. Kopf*
                United States District Judge